# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARPE INNOVATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-00166-RGA |
| ) | |
| TUCOWS (DELAWARE) INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Sharpe Innovations, Inc. ("Plaintiff") and Defendant Tucows (Delaware) Inc. ("Defendant"), subject to the approval of the Court, that the time for Defendant to answer, move or otherwise respond to Plaintiff's Complaint (D.I. 1) is extended to May 27, 2020.

STAMOULIS & WEINBLATT LLC                POTTER ANDERSON & CORROON LLP

By: */s/ Stamatios Stamoulis*                By: */s/ Jonathan A. Choa*
    Stamatios Stamoulis (#4604)                    Jonathan A. Choa (#5319)
    800 N. West Street, Third Floor                P.O. Box 951
    Wilmington, DE 19801                           Wilmington, DE 19899
    (302) 999-1540                                 (302) 984-6000
    stamoulis@swdelaw.com                          jchoa@potteranderson.com

*Attorneys for Plaintiff*                *Attorneys for Defendant*

Dated: May 8, 2020

SO ORDERED on this _____ day of _____ 2020.

_____
U.S.D.J.