# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARPE INNOVATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-00166-RGA |
| | ) |
| TUCOWS (DELAWARE) INC., | ) |
| | ) |
| Defendant. | ) |

## TUCOWS (DELAWARE) INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Tucows (Delaware) Inc. states that Tucows (Delaware) Inc. is a wholly owned subsidiary of Tucows Inc., a publicly traded company.

OF COUNSEL:

Sharon Davis
Jennifer Maisel
ROTHWELL, FIGG, ERNST &
    MANBECK P.C.
607 14th Street NW
Washington, DC 20005
(202) 783-6040

Dated: June 4, 2020
6750945

POTTER ANDERSON & CORROON LLP

By: */s/ Jonathan A. Choa*
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    jchoa@potteranderson.com

*Attorneys for Defendant*